```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    23cr 337 (DLC)
                                         :
          -v-                            :         ORDER
                                         :
MICHAEL ROWE,                            :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendant is scheduled to waive indictment and enter a change of plea on **July 6, 2023 at 11:00 AM** in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           June 27, 2023

                                    _____
                                         DENISE COTE
                              United States District Judge