<mark>Case 1:23-cr-00337-DLC Document 20 Filed 09/22/23 Page 1 of 1</mark>



<mark>NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310</mark>

September 21, 2023

*Via ECF*
Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 09997

**MEMO ENDORSED**

Re: USA vs. Michael Rowe
23-cr-337 (DLC)

Dear Judge Cote:

I was appointed to represent Michael Rowe pursuant to the Criminal Justice Act. Sentencing in the above matter is currently scheduled for October 5, 2023 and the defense sentencing submission is due September 22, 2023. We have not yet received the final presentence report ("PSR") and should receive it by September 27, 2023. We would like to have the final PSR prior to submitting our sentencing submission. Therefore, we are respectfully requesting a four-week adjournment so that Mr. Rowe's sentencing be adjourned to November 2, 2023, if that is convenient for the Court. AUSA, Frank Balsamello, has no objection to this request.

Your Honor's time and consideration to this request is greatly appreciated.

Application DENIED.

Defense submissions are now due Septemeber 29.
Government submissions are due October 3.

Respectfully,
s/ Lorraine Gauli-Rufo, Esq.
Lorraine Gauli-Rufo, Esq.
Attorney for Michael Rowe

Dated: September 21, 2023

_____
DENISE COTE
United States District Judge